IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:     14-cv-01040-RBJ | Date: August 11, 2014 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| LEACHMAN CATTLE OF COLORADO LLC<br>VERIFIED BEEF LLC<br>    **Petitioner**<br><br>v.<br><br>AMERICAN SIMMENTAL ASSOCIATION<br>WADE R. SHAFER<br>WILL TOWNSEND<br>    **Respondents** | John F. Luman III<br>Mark E. Lacis<br><br><br><br>V. Gene Summerlin Jr. |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE/MOTION HEARING**

Court in Session: 1:31 p.m.

Appearance of counsel.

Proposed scheduling order reviewed. Parties will try to shorten the proposed schedule. Schedule not entered at this time.

Argument given [30] Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction or in the Alternative to Transfer Venue.

**ORDERED:** [30] **Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction or in the Alternative to Transfer Venue is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess: 2:50 p.m.        Hearing concluded.        Total time in Court: 01:19